AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>May, K. Rodney | 2. Court or Organization<br><br>Florida - Middle | 3. Date of Report<br><br>05/15/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>1/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address<br><br>801 N. Florida Avenue, #954<br>Tampa, FL 33602 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Florida Museum of Photographic Arts. Non-Profit. Tampa, Florida. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Real estate commisions from property sales; with the ReMax Bay-to-Bay firm. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, K. Rodney | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, K. Rodney | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Foley & Lardner Master Pension Trust | D | Distribution | M | T | | | | | |
| 2. Henderson Global FDS Global Equity Income Fund Class C | B | Dividend | L | T | | | | | |
| 3. | | | | | | | | | |
| 4. Ameriprise Money Market | A | Interest | J | T | | | | | |
| 5. FS Energy & PowerFund | A | Dividend | J | T | | | | | |
| 6. Goldman Sachs US Equity Dividend & Premium Class A Fund | A | Dividend | K | T | | | | | |
| 7. PIMCO Investment Grade Corp. Bond Class A | A | Interest | K | T | | | | | |
| 8. Columbia Contrarian Core Class A | A | Dividend | K | T | | | | | |
| 9. Wells Fargo Advantage Premier Large Company Growth Class A | A | Dividend | K | T | | | | | |
| 10. Wells Fargo Absolute Return Class A | A | Dividend | K | T | | | | | |
| 11. Blackrock Equity Dividend Class A | A | Dividend | K | T | | | | | |
| 12. Bank of America Money Market | A | Interest | J | T | | | | | |
| 13. Wells Fargo Advisors Brokerage Sweep Account | B | Interest | L | T | | | | | |
| 14. Abbot Laboratories | C | Dividend | J | T | | | | | |
| 15. ALPS ETF Medical Breakthrough Fund | D | Dividend | J | T | | | | | |
| 16. Amgen, Inc., Common Stock | D | Dividend | J | T | | | | | |
| 17. AFLAC Inc, Common Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Air Products & Chemicals Inc., Common Stock | A | Dividend | K | T | | | | | |
| 19. Amazon Com, Inc. | A | Dividend | K | T | Buy | 05/02/16 | K | | |
| 20. Analog Devices, Inc. | A | Dividend | K | T | | | | | |
| 21. Alphabet, Inc. | A | Dividend | K | T | Buy | 05/02/16 | K | | |
| 22. Apple Inc. Common Stock | B | Dividend | M | T | Sold (part) | 05/02/16 | K | A | |
| 23. AT&T, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 24. Automatic Data Processing Common Stock | A | Dividend | K | T | | | | | |
| 25. Baxter International Inc. Common Stock | A | Dividend | K | T | | | | | |
| 26. Baxalta, Inc. | B | Dividend | | | Redeemed | 06/03/16 | J | B | |
| 27. Becton Dickenson & Co,. Inc. Common Stock | A | Dividend | K | T | | | | | |
| 28. Blackrock, Inc. | C | Dividend | J | T | | | | | |
| 29. CDK Global Holdings LLC | A | Dividend | J | T | | | | | |
| 30. Chevron Corporation Common Stock | A | Dividend | K | T | | | | | |
| 31. Chubb Corp. Common Stock | A | Dividend | K | T | | | | | |
| 32. Clorox Company Common Stock | A | Dividend | K | T | | | | | |
| 33. Colgate-Palmolive Co. Common Stock | A | Dividend | K | T | | | | | |
| 34. Comcast Corp. New Class A Stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, K. Rodney | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ConocoPhillips Common Stock | A | Dividend | K | T | | | | | |
| 36. Eaton Vance Corp Non Vtg Stock | A | Dividend | J | T | | | | | |
| 37. Emerson Electric Co. Common Stock | A | Dividend | K | T | | | | | |
| 38. Eversource Energy f/k/a Northeast Utilities | A | Dividend | K | T | | | | | |
| 39. Exxon Mobil Corp. Common Stock | A | Dividend | K | T | | | | | |
| 40. Factset Research Systems, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 41. General Mills, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 42. General Dynamics Corp. Common Stock | A | Dividend | K | T | | | | | |
| 43. Grainger W W, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 44. Harrris Corp. Common Stock | A | Dividend | K | T | | | | | |
| 45. Illinois Tool Works, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 46. International Business Machine Corp. Common Stock | A | Dividend | J | T | | | | | |
| 47. J M Smucker Co. Common Stock | A | Dividend | K | T | | | | | |
| 48. Johnson & Johnson Common Stock | A | Dividend | K | T | | | | | |
| 49. Kellogg Company Common Stock | A | Dividend | K | T | | | | | |
| 50. Kraft Heinz Co. | A | Dividend | J | T | | | | | |
| 51. Lowes Companies Inc. Common Stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, K. Rodney | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. McDonalds Corp. Common Stock | A | Dividend | J | T | | | | | |
| 53. Medtronic Inc. Common Stock | A | Dividend | K | T | | | | | |
| 54. Microsoft Corp. Common Stock | A | Dividend | K | T | | | | | |
| 55. 3M Co. Common Stock | A | Dividend | K | T | | | | | |
| 56. Mondelez Int'l Inc. Common Stock | A | Dividend | J | T | | | | | |
| 57. Nexterra Energy, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 58. Nike, Inc. Class B | A | Dividend | J | T | Buy | 01/21/16 | J | | |
| 59. Nordstrom, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 60. Norfolk Southern Corp. Common Stock | A | Dividend | K | T | | | | | |
| 61. Novartis AG Spon ADR | A | Dividend | K | T | | | | | |
| 62. Paychex, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 63. Pepsico Inc. Common Stock | A | Dividend | K | T | | | | | |
| 64. Pfizer Inc. Common Stock | A | Dividend | J | T | | | | | |
| 65. Phillips 66 Common Stock | A | Dividend | J | T | | | | | |
| 66. Polaris Industries, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 67. Praxair, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 68. Proctor & Gamble Co. Common Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Qualcomm Common Stock | A | Dividend | K | T | | | | | |
| 70. Scana Corp. Common Stock | A | Distribution | J | T | | | | | |
| 71. Shire PLC | A | Dividend | J | T | Spinoff (from line 26) | 06/03/16 | J | | |
| 72. Starbucks Corp. Common Stock | A | Dividend | K | T | | | | | |
| 73. Sysco Corporation Common Stock | A | Dividend | K | T | | | | | |
| 74. Target Corp. Common Stock | A | Dividend | J | T | | | | | |
| 75. TECO Common Stock | A | Dividend | | | Sold | 07/01/16 | K | D | |
| 76. The Southern Company Common Stock | A | Dividend | J | T | | | | | |
| 77. United Technologies Corp. Common Stock | A | Dividend | K | T | | | | | |
| 78. V F Corporation Common Stock | A | Dividend | K | T | | | | | |
| 79. Versum Materials, Inc. | A | Dividend | J | T | Spinoff (from line 18) | 10/03/16 | J | | |
| 80. Wal-Mart Stores, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 81. Waste Management, Inc. | A | Dividend | J | T | | | | | |
| 82. Wisconsin Energy Corp. Common Stock | A | Dividend | J | T | | | | | |
| 83. Ameriprise Money Market | A | Interest | J | T | | | | | |
| 84. Columbia Ltd. Duration Credit Fund | A | Int./Div. | J | T | | | | | |
| 85. Loomis Sayles Strategic Income Fund | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, K. Rodney | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Fannie Mae Voting Shares | A | Dividend | J | T | | | | | |
| 87. Oppenheimer Sr. Floating Rate Fund | A | Int./Div. | J | T | | | | | |
| 88. General Electric common stock | A | Dividend | J | T | | | | | |
| 89. Blackrock Latin America Investor Fund | A | Int./Div. | J | T | | | | | |
| 90. Columbia Value & Restructuring Fund | A | Int./Div. | J | T | | | | | |
| 91. Columbia Portfolio Builder Moderate Fund | A | Int./Div. | J | T | | | | | |
| 92. Franklin Templeton Founding Allocation Fund | A | Int./Div. | J | T | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, K. Rodney | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ K. Rodney May**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544